UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-81017-CIV-HURLEY/HOPKINS

**ROBERT LASORSA,**

    **Plaintiff,**

v.

**TOWN OF HIGHLAND BEACH,**

    **Defendant.**
_____/

**ORDER GRANTING MOTION TO PERMIT FILING OF PAPER
PLEADINGS BY PLAINTIFF ROBERT LASORSA**

    **THIS CAUSE** is before the court upon the plaintiff's unopposed motion to permit filing of paper pleadings. Effective October 12, 2006, electronic filing is **mandatory** for all attorneys admitted to practice in the Southern District of Florida. *See* S.D. Fla. CM/ECF Administrative Procedures, Section 2A. However, upon a showing of good cause, the court may permit an attorney to file and serve documents in the conventional manner. *See* S.D. Fla. CM/ECF Administrative Procedures, Section 4A. All documents filed in the conventional manner must be accompanied by a "Notice of Conventional Filing." *Id*. A sample "Notice of Conventional Filing" is appended to the Southern District of Florida CM/ECF Administrative Procedures as Form A.

    After considering the plaintiff's motion, it is hereby **ORDERED** and **ADJUDGED** the plaintiff's agreed motion to permit filing of paper pleadings [DE # ___, filed October 10, 2006] is **GRANTED**. The plaintiff may file documents in the conventional manner for a period of **THIRTY (30) DAYS** from the date of entry of this order.

**DONE** and **SIGNED** in chambers at West Palm Beach, Florida this 16th day of October, 2006.

_____
Daniel T. K. Hurley
United States District Judge

*Copies furnished to counsel of record*